IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0352

IN THE MATTER OF

M.N. and M.N.,

Youths in Need of Care

## ORDER

Upon consideration of Appellant Mother, B.M.N.'s, motion to consolidate, and good cause appearing,

IT IS HEREBY ORDERED that Appellant's motion is GRANTED and Cause Nos. 24-0352 and 24-0353 are hereby consolidated under Cause No. DA 24-0352 and henceforth captioned as above.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 8 2024

ORDER